GEORGE W. EGGERS, Appellant, *v.* METROPOLITAN LIFE INSURANCE COMPANY, Respondent.

*Eggers* v. *Metropolitan L. Ins. Co.*, 116 App. Div. 917, affirmed.
. (Argued March 10, 1908; decided March 31, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 31, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for breach of an alleged contract to loan money on bond and mortgage.

*A. Walker Otis* for appellant.

*C. N. Bovee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, HISCOCK and CHASE, JJ.